# \IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JETAIA BROWN**                                                                                        **PLAINTIFF**

**v.**                                **Case No. 2:22-cv-00133 KGB**

**LENNOX INDUSTRIES INC.**                                            **DEFENDANT**

## <u>ORDER</u>

Before the Court is plaintiff Jetaia Brown's notice of voluntary dismissal (Dkt. No. 4). The notice accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court adopts the notice of dismissal without prejudice and dismisses this case without prejudice.

It is so ordered this 31st day of August, 2022.

*/s/ Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge